PROB 12 (Rev. 11/1/2004)

JUL 17 2006

FILED BY CLERK OF COURT

United States District Court
**for the**
**DISTRICT OF MINNESOTA**

RECEIVED
JUL 17 2006
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

**United States v. Kunta Laushan Brown**

**Docket No. 0:00CR00028-002(JMR)**

**Petition on Supervised Release**

COMES NOW **Dennis E. Bresnahan**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Kunta Laushan Brown** who was sentenced for Use of a Telephone in Furtherance of Drug Trafficking on November 8, 2000, by the Honorable James M. Rosenbaum, who fixed the period of supervision at 1 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- Drug aftercare
- Urinalysis testing
- Mental health aftercare

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

MANDATORY CONDITION: The defendant shall comply with all federal, state, and local laws.

On June 13, 2006, the defendant was arrested by Minneapolis Police for possession of marijuana and crack cocaine.

SPECIAL CONDITION # 7: The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute or administer any narcotic or other controlled substance, or any paraphernalia related to such substances.

On June 14, 2006, the defendant submitted a urine sample which tested positive for the presence of marijuana and cocaine.

PRAYING THAT THE COURT WILL ORDER That a summons be issued and the defendant be brought before the Court to show cause why supervision should not be revoked.

**[The rationale for a summons is contained in Section 5 of the violation report.]**

SCANNED
JUL 19 2006
U.S. DISTRICT

FILED JUL 17 2006
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTERED
DEPUTY CLERK'S INITIALS

-summons issued 7/18/06

ORDER OF THE COURT

Considered and ordered this 13th day of July, 2006, and ordered filed and made a part of the records in the above case.

Honorable James M. Rosenbaum
Chief U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Dennis E. Bresnahan
U.S. Probation Officer

Executed on July 11, 2006
Place St. Paul