AO 83 (Rev. 12/85) Summons In A Criminal Case

# UNITED STATES DISTRICT COURT
## District of Minnesota

UNITED STATES OF AMERICA

## SUMMONS IN A CRIMINAL CASE

v.

Case Number: CR 00-28 (2) JMR/FLN

Kunta Laushan Brown

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

RECEIVED
JUL 26 2006
CLERK
U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

Place: **Courtroom 8E**
**300 South Fourth Street**
**Minneapolis, MN 55415**

Before: **Honorable Magistrate Judge Franklin L. Noel**

On: **8/2/06 at 11:00 a.m.**

To answer a(n) Order of the Court.

Brief description of offense:

Violation of Supervised Release

Jackie Ellingson, Deputy Clerk

Dated: July 18, 2006

SCANNED
JUL 27 2006
U.S. DISTRICT COURT MPLS

AO 83 (Rev. 12/85) Summons In A Criminal Case

# RETURN OF SERVICE

Service was made by me: [1] Date: 7/24/06

Check one of the boxes below to indicate appropriate method of service

☒ Service personally upon the defendant at: 1720 MARION ST ST. PAUL MN

☐ Left summons at the defendant's dwelling house of usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address.
Name of person with whom the summons was left: ____________________

☐ Returned unexecuted: ____________________

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on 7/24/06
Date

ALLAN GARBER
Name of United States Marshal

Jerry Hernstal
(by) Deputy United States Marshal

Remarks:

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Criminal Procedure