# U.S. District Court

[redacted]

15 E, 300 South 4th Street
Mpls., Mn. 55414
664-5053
Fax: 664-5154

August 14, 2006

COUNSEL OF RECORD

Re: Cr. #00-28 (2) USA v. Kunta Laushan Brown

Dear Counsel:

Please be advised that Chief Judge James Rosenbaum has scheduled a revocation hearing in the above-styled case for ***August 21, 2006 @ 9:00 a.m.*** If there will be testimony please submit a witness list prior to the hearing. If an interpreter is required please contact me as soon as possible.

Please call if you have any questions. Thank you.

Sincerely,

s/Heather Labat
Calendar Clerk to
Chief Judge James Rosenbaum
Work - 612-664-5053
Fax - 612-664-5154
e-mail Heather_Labat@mnd.uscourts.gov

cc: All Counsel of Record
Pretrial Services
Probation Office