IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

# REVOCATION HEARING

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | ) | **COURT MINUTES - CRIMINAL** |
| v. | ) | BEFORE: James M. Rosenbaum U.S. District Judge |
| Kunta Laushan Brown (2), Defendant. | ) | |

Case No: 00-28 (2) JMR/FLN
Date: August 22, 2006
Court Reporter: Dawn Hansen
Time Commenced: 9:09 a.m.
Time Concluded: 9:28 a.m.
Time in Court: 19 Minutes

## APPEARANCES:

Plaintiff: Jeff Paulsen , Assistant U.S. Attorney
Defendant: Katherian Roe : FPD

## PROCEEDINGS:

: **Revocation of Supervised Release - Final Hearing.**
: Defendant admits allegations.

## ORDERED:

: Defendant remanded to custody of the U.S. Marshal.
: Supervised Release continued upon release from custody.
: Defendant is sentenced to: Custody of BOP until 1/15/07.
: Written order to be issued.

s/Heather Labat
Calendar Clerk